UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 16-8333 MWF (PLAx)**                                Date: March 9, 2017

Title          **Ray Aponno v. The E & A Group**

Present: The Honorable:        MICHAEL W. FITZGERALD, United States District Judge

| Cheryl Wynn | Not Reported |
|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE JOINT RULE 26(f) REPORT, SCHEDULING CONFERENCE AND SETTLEMENT

On January 30, 2017, the Court issued an Order Setting Scheduling Conference (Docket No. 11) and set a Scheduling Conference on March 13, 2017. The Order further required the parties to meet and confer at least 21 days prior to the Scheduling Conference and file a Joint Rule 26(f) Report on or before February 27, 2017.  As of March 7, 2017, no Joint Rule 26(f) Report had been filed.  The Court then unilaterally granted the parties an extension, to 5:00 p.m. on March 9, 2017, within which to either file a Joint Rule 26(f) Report or a stipulated request for a brief continuance.

On March 9, 2017, at 2:31 p.m., a document entitled "Defendant's Rule 26(f) Report" was filed.  (Docket No. 14).  That Report states, "Defense counsel attempted to confer about the case and prepare a joint status report.  However, Plaintiff's counsel would not participate.  Nonetheless, the parties reached a settlement yesterday.  Plaintiff's counsel, Jonathan Stieglitz has sent an email to defense counsel and his co-counsel who has.  It been admitted pro has vice [sic], Yaakov Saks, asking if one of us could get something on file with the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 16-8333 MWF (PLAx)**                                    Date: March 9, 2017

Title          **Ray Aponno v. The E & A Group**

Defense counsel is out of the office in Southern California, but wants to comply with the Court's extension for a status report, which follows:".

The Court notes that there is no attorney Yaakov Saks listed on the docket for this case, nor is there a *pro hac vice* application pending for Yaakov Saks.

It appears to the Court that defense counsel June Coleman is attempting to advise the Court that the case has settled.  Therefore, the Defendant's Rule 26(f) Report shall be construed as a Notice of Settlement.  The Scheduling Conference on March 13, 2017 is VACATED.

**The Court sets a hearing on Order to Show Cause Re Dismissal for April 3, 2017, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances are required.  All other dates are hereby vacated.

The parties are further notified that if there is no settlement, the parties shall notify the Court no later than 5:00 p.m. on Monday, March 13, 2017, at which time the Scheduling Conference will be reset and a Joint Rule 26(f) Report will be ordered.  Failure to further comply with this Court's orders will result in dismissal of this action with prejudice.

**Initials of Preparer**   RS/sjm